UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW ECONOMAKIS, on behalf of
himself and all others similarly situated

        Plaintiff,

v.                                           Case No: 2:13-cv-832-FtM-38DNF

BUTLER & HOSCH, P.A.,

        Defendant.
_____/

**ORDER[1]**

This matter comes before the Court on Joint Motion to Allow Plaintiff and Insurer Representative to Attend Mediation by Phone (Doc. #42) filed on April 16, 2015. Mediation will take place on Tuesday, April 21, 2015, in Florida. Plaintiff and Defendant's insurer representative reside outside of Florida. The parties jointly seek permission to allow these two individuals to attend the mediation by phone. The parties assert such permission will allow them to save expenses related to air travel and lodging. The mediator is amendable to the parties' joint request.

Upon consideration, the Court finds the motion is due to be granted in part and denied in part. Although the Court is willing to allow the insurer representative to appear by phone, the Court is unwilling to allow Plaintiff to do the same. The Court strongly

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

believes mediations are most effective when the parties and their respective counsel attend in person.

Accordingly, it is now

**ORDERED:**

Joint Motion to Allow Plaintiff and Insurer Representative to Attend Mediation by Phone (Doc. #42) is **GRANTED in part** and **DENIED in part**.

1. The motion is granted to the extent that Defendant's insurer representative may attend the mediation by phone; if so, Defendant's attorney must have full settlement authority.

2. The motion is denied to the extent that Plaintiff must attend the mediation in person.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record