UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW ECONOMAKIS, on behalf of
himself and all others similarly situated

        Plaintiff,

v.                                                  Case No: 2:13-cv-832-FtM-38DNF

BUTLER & HOSCH, P.A.,

        Defendant.
_____/

## ORDER[1]

This matter comes before the Court on *sua sponte* review. The parties' mediation deadline was April 21, 2015. (See Doc. #33; Doc. #36). Further, pursuant to a local rule, within seven days following the conclusion of a mediation conference, the mediator shall file a mediation report on the case docket. See M.D. Fla. Local Rule 9.06(a). To date, such mediation report has not been filed in this case and at least seven days has passed after the mediation deadline.

Accordingly, it is now

**ORDERED:**

No later than **May 7, 2015**, the parties are directed to (1) have Mediator Jay M. Cohen file a mediation report in this case; (2) jointly file a notice regarding the outcome of their mediation efforts; or (3) show cause, individually or jointly, as to why mediation

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

has not been completed by the Court's deadline. Failure to comply with this Order may result in court sanctions.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record