UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW ECONOMAKIS, on behalf of
himself and all others similarly situated

        Plaintiff,

v.                                            Case No:  2:13-cv-832-FtM-38DNF

BUTLER & HOSCH, P.A.,

        Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Defendant's Agreed Motion for Stay of Proceedings and for Telephonic Status Conference (Doc. #53) filed on May 19, 2015. For the reasons mentioned in the motion, counsel for Defendant Butler & Hosch, P.A. has had difficulty connecting with his client. As a result, counsel seeks a stay and telephonic status conference. Upon consideration, the Court finds the motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Defendant's Agreed Motion for Stay of Proceedings and for Telephonic Status Conference (Doc. #53) is **GRANTED**. A telephonic status conference is set for **Monday, June 15, 2015, at 2:00 p.m. eastern time**. The Clerk is directed to add a notice on the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

docket including the telephonic call information. This matter is **STAYED**. The Clerk is directed to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record