UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW ECONOMAKIS, on behalf of himself and all others similarly situated

    Plaintiff,

v.   Case No: 2:13-cv-832-FtM-38MRM

BUTLER & HOSCH, P.A.,

    Defendant.
_____/

## ORDER

This matter comes before the Court for a status conference hearing on July 13, 2015. Jonathan Cohen, Esq., appeared on behalf of the Plaintiffs. Bart Bilbrough, Esq., appeared on behalf of the Defendants. At the hearing, the parties advised the Court that an agreement in principle has been reached. The Court granted the parties up to and including September 14, 2015 to advise the Court in writing as to the status of the case and/or any agreements.

Accordingly, it is now **ORDERED:**

The parties shall have up to and including **September 14, 2015** to advise the court in writing as to the updated status of the case and/or agreements. The case will remain under stay.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record